**AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF OHIO

JUDGMENT IN CIVIL CASE

**JAMES MATTHEWS, et al.,**

    **Plaintiffs,**

v.

**CENTRUS ENERGY CORPORATION, et al.,**

    **Defendants.**

Case No. 2:20-cv-00040

**JUDGE ALGENON L. MARBLEY**

Magistrate Judge Deavers

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

IT IS ORDERED AND ADJUDGED that pursuant to the July 27, 2020 Opinion and Order, the Court **GRANTED** the Defendants' Motion to Dismiss and DISMISSING as Moot Plaintiffs' Motion to Remand. This case is now CLOSED.

**Date: July 27, 2020**           Richard W. Nagel, Clerk

                                                 s/Betty L. Clark
                                        Betty L. Clark/Deputy Clerk