# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF OHIO EASTERN DIVISION

**JAMES MATTHEWS,** *et al.*

        **Plaintiffs,**

                            Civil Action 2:20-CV-00040-ALM-EPD

v.                            Judge Algernon L. Marbley

                            Magistrate Judge Elizabeth P. Deavers

**CENTRUS ENGERGY CORP.,** *et al.*

        **Defendants.**

## NOTICE OF APPEAL

NOW COMES all Plaintiffs, and hereby gives notice of appeal to the United States Court of Appeals for the Sixth Circuit from the Order granting Defendant's Motion to Dismiss entered in this action of the 27th day of July, 2020.

Dated: August 18, 2020                 Respectfully submitted,

                                        VILLARREAL LAW FIRM, LLC

                            By:    */s/ Kelsey J. Reno*

                                        Kelsey J. Reno #0097501
                                        2 W. Main St.
                                        Chillicothe, OH 45601
                                        Ph: (740) 772-4466
                                        Fx: (740) 772-4467
                                        kelsey@avlawohio.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on August 18, 2020, a true and accurate copy of the foregoing was served by filing it in the court's electronic filing system, which will provide electronic notice to all parties and attorneys of record.

*/s/ Kelsey J. Reno*
Kelsey J. Reno #0097501
