# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: October 28, 2021

Mr. Richard W. Nagel
Office of the Clerk
85 Marconi Boulevard
Suite 121
Columbus, OH 43215

Re: Case No. 20-3885, *James Matthews, et al v. Centrus Energy Corp., et al*
Originating Case No. : 2:20-cv-00040

Dear Mr. Nagel,

Enclosed is a copy of the mandate filed in this case.

Sincerely yours,

s/Divya Kumar
For Virginia Padgett, Case Manager

cc: Ms. Jessica K. Baverman
    Mr. Jacob D. Mahle
    Mr. Richard Donovan Schuster
    Ms. Anna Brunicardi Villarreal

Enclosure

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 20-3885

_____

Filed: October 28, 2021

JAMES MATTHEWS, Individually and on behalf of all others similarly situated; JENNIFER BROWNFIELD CLARK, Individually and on behalf of all others similarly situated; JOANNE ROSS, Parent and natural guardian of Estate of A.R., a deceased minor, and individually and on behalf of all others similarly situated

      Plaintiffs - Appellants

v.

CENTRUS ENERGY CORP.; UNITED STATES ENRICHMENT CORPORATION; URANIUM DISPOSITION SERVICES, LLC; BWXT CONVERSION SERVICES, LLC; MID-AMERICA CONVERSION SERVICES; BECHTEL JACOBS COMPANY, LLC; LATA/PARALLAX PORTSMOUTH, LLC; FLUOR-BWXT PORTSMOUTH, LLC

      Defendants - Appellees

## MANDATE

  Pursuant to the court's disposition that was filed 10/06/2021 the mandate for this case hereby issues today.


 COSTS:  None